```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 26892
   HERBERT WILLIAMS SR
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-0395
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/06/05 and confirmed on 09/09/05.

   2.  The case was converted to Chapter 7 after confirmation, 03/12/2009.

   3.  The Debtor paid a total of $  89309.07 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | 51435.40 | .00 | 51435.40 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 1285.00 | .00 | 1285.00 |
| CHRYSLER FINANCIAL SVC A | SECURED | 1355.99 | 50.67 | 1355.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2352.23 | .00 | 1624.71 |
| FIRST MIDWEST BANK | SECURED | 7224.80 | 1367.86 | 7224.80 |
| WELLS FARGO FINANCIAL RE | UNSECURED | 1881.08 | .00 | 1299.29 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2561.89 | .00 | 1785.34 |
| CAPITAL ONE BANK | UNSECURED | 1616.99 | .00 | 1116.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8482.08 | .00 | 5902.32 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2877.10 | .00 | 2005.02 |
| CITGO PETROLEUM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1139.00 | .00 | 786.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1952.90 | .00 | 1348.90 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 454.82 | .00 | 314.16 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1703.40 | .00 | 1176.56 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3759.33 | .00 | 2612.09 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 61301.19 | .00 | 28780.82 | .00 | 90082.01 |
| PRINCIPAL PAID | 61301.19 | .00 | 19971.98 | .00 | 81273.17 |
| INTEREST PAID | 1418.53 | .00 | .00 | .00 | 1418.53 |
| TOTAL PAID | 62719.72 | .00 | 19971.98 | .00 | 82691.70 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    3917.37 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/31/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 05 B 26892 HERBERT WILLIAMS SR